IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 JUN 22 AM 9:15

ROBERT R. DITROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

DERWIN KING,
and wife, PAMELA KING,
and MATTHEW KING, a minor,

    Plaintiff,

vs.                             No. 1-01-1139

WAL-MART STORES, INC.,
and CMI INDUSTRIES, INC.

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

The parties to this cause appeared before the Court, through their counsel of record, and announced that all the matters and things in controversy have now been compromised and settled, and all parties have agreed that this cause should be dismissed with prejudice at the cost of the Defendants, Wal-Mart Stores, Inc. and Claims Management, Inc., wrongfully sued as CMI Industries, Inc.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiffs' cause be, and the same hereby is, dismissed with prejudice, and that the costs of this cause are assessed against the Defendants, Wal-Mart Stores, Inc. and Claims Management, Inc., wrongfully sued as CMI Industries, Inc., for which let execution issue.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 22 June 2005

**This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on** _06-23-05_

APPROVED FOR ENTRY:

*[signature]*

A Russell Larson (BPR# 007134)
211 East Main Street
P.O. Box 2163
Jackson, Tennessee 38302-2163
Attorney for Plaintiffs

*[signature]*

Mary Peterson #14144
WALKER LAW OFFICE
6750 Poplar Avenue, Suite 412
Germantown, Tennessee 38138-7416
(901) 756-3046
Attorney for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:01-CV-01139 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Stewart C. Stallings
WALKER LAW OFFICE
6750 Poplar
Ste. 412
Memphis, TN 38138

Honorable James Todd
US DISTRICT COURT